PROB 2B
(E/D AR (12-29)04)

# United States District Court

## for the

### Eastern District of Arkansas




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 02 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Tanaderus Rattler a/k/a/ Tan | Case Number: 0860 4:11CR00209-25 |

Name of Sentencing Judicial Officer:   Honorable James M. Moody
Senior United States District Judge

Honorable James M. Moody Jr.
United States District Judge
(Reassigned on March 10, 2014)

Original Offense: Conspiracy To Possess With Intent to Distribute and to Distribute a Controlled Substance

Date of Sentence: November 6, 2012

Original Sentence: 44 months Bureau of Prisons followed by 36 months supervised release

| Type of Supervision: Term Of Supervised Release | Date Supervision Commenced: February 24, 2015 |
|---|---|
| | Date Supervision Expires: February 23, 2018 |
| Mental Health Treatment Specialist: Selina M. Earsa | Asst. U.S. Attorney: Julie E. Peters | Defense Attorney: Jenniffer Horan |

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**Mr. Tanaderus Rattler will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of six months and will abide by all the rules and regulations of the facility.**

Prob 12B                  - 2 -                  Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Tanaderus Rattler                Case Number: 0860 4:11CR00209-25

## CAUSE

Mr. Tanaderus Rattler's term of supervised release commenced on February 24, 2015. At the time, he resided in Lexa, Arkansas, with a paramour. On March 19, 2015, his conditions were modified to include mental health treatment. In February of 2016, Mr. Rattler moved with his ex-paramour to Little Rock, Arkansas. During his residency in Little Rock, Arkansas, he established mental health treatment at the Family Service Agency in North Little Rock, Arkansas, and obtained employment at an the International House of Pancakes in Little Rock, Arkansas. He was scheduled for drug testing three times a month.

Mr. Rattler failed to report for drug testing on April 14, May 3 and 9, 2016. On April 5, 2016, he failed to report for an initial mental health treatment assessment at Family Service Agency and failed to call prior to his absence. His initial mental health assessment was rescheduled and he reported for the assessment as instructed. He also failed to report for an individual session on May 2, 2016, and failed to call prior to his absence. Mr. Rattler is no longer in a relationship with the paramour and recently moved into the home of his aunt in West Helena, Arkansas. As a result of his move to West Helena, Arkansas, Mr. Rattler lost his employment because he did not possess adequate transportation to report for work shifts and is having difficulty finding employment in West Helena, Arkansas.

Mr. Rattler has requested placement at the City of Faith in Little Rock, Arkansas, for six months to provide him transitional services. He desires to move to Little Rock, Arkansas, so he can have increased job opportunities. The Residential Re-entry Center will also provide transportation services to his mental health appointments and will conduct drug testing three times a month. Mr. Rattler is in agreement to have his conditions modified to include placement at the residential re-entry center in Little Rock, Arkansas, for a period of six months, and will abide by all the rules and regulations of the facility.

Federal Public Defender Jenniffer Horan was contacted and advised Mr. Rattler of the attached Waiver of Hearing to Modify Conditions of Supervision.

_____                                     _____
Selina M. Earsa                                                          Julie F. Peters
Mental Health Treatment Specialist                      Assistant U.S. Attorney

Date: May 25, 2016                                                Date: 5/26/16

Approved by: _____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

Prob 12B                                -3-                      Request for Modifying the
                                                                 Conditions or Term of Supervision
                                                                 With Consent of the Offender

Name of Offender: Tanaderus Rattler                              Case Number: 0860 4:11CR00209-25

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

6/2/16
Date

c:  Federal Public Defender, Jenniffer Horan
    Assistant U.S. Attorney, Julie E. Peters

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the
following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Tanaderus Rattler will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of six months and will abide by all the rules and regulations of the facility.

Witness _____   Signed _____
(U.S. Probation Officer)                              (Probationer or Supervised Releasee)

5-19-16
(Date)

_____
FEDERAL DEFENDER